**FILED**
September 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CM
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES A. QUALLS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 5:25-CV-00994-MA |
| | § | |
| AMAZON.COM SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court previously referred Plaintiff James A. Quall's Opposed Motion for Leave to File Plaintiff's First Amended Complaint[1] to United States Magistrate Judge Elizabeth S. Chestney for a Report and Recommendation ("R&R"). Judge Chestney has now issued that R&R recommending that Plaintiff's motion be denied. Within the fourteen-day objection period,[2] Plaintiff has filed objections to the R&R.[3] Defendant Amazon.com Services, LLC did not file a response.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the R&R to which objections were properly made; and those portions to which no objections were made to determine whether they are clearly erroneous or contrary to law. The Court briefly addresses Plaintiff's objection to the Magistrate Judge's characterization of Plaintiff's claims against non-party Jeremy N. Thomison as "moot" based on an alleged settlement the parties reached while this action was pending in state court.[4] The Court clarifies that its analysis turns on Plaintiff's voluntarily dismissal of his claims against Thomison, not the finalization of any

---

[1] Dkt. No. 31.
[2] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.
[3] Dkt. No. 35.
[4] Dkt. No. 35, at 10–11.

settlement that might have motivated this dismissal. Accordingly, whether Plaintiff and Thomison ultimately finalized any settlement between them is immaterial.

Finding no error, the Court hereby **ADOPTS IN WHOLE** Judge Chestney's Report and Recommendation.[5] Accordingly, Plaintiff's Motion[6] is **DENIED.**

IT IS SO ORDERED.
DONE this 3rd day of September, 2026, in San Antonio, Texas.

MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

[5] Dkt. No. 34.
[6] Dkt. No. 31.